FILED

AUG 1 6 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| vs. ) | |
| ) | **4:17CR364 HEA/DDN** |
| DEMBA BA, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

On or about May 7, 2017, in the Eastern District of Missouri, the defendant,

**DEMBA BA,**

did intentionally traffic in goods and did knowingly use counterfeit marks on and in connection with such goods at his stall in an outdoor shopping area in St. Charles County, to wit: large quantities of apparel purportedly manufactured by Louis Vuitton, Ralph Lauren, Michael Kors and others. Said counterfeit goods having a suggested retail value, if authentic, of more than $250,000.00.

In violation of Title 18, United States Code Section 2320.

A TRUE BILL

_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

_____
Thomas C. Albus, #46224MO
Assistant United States Attorney