UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **8/17/2017**   Judge **Noce**   Case No. **4:17-cr-00364 HEA-DDN**

**UNITED STATES OF AMERICA** v. **Demba Ba**

Court Reporter **FTR GOLD**   Deputy Clerk **COlliges**

Assistant United States Attorney(s) **not present**

Attorney(s) for Defendant(s) **Michelle Monahan**

Interpreter **Mohammed Bah**   ☐ **SEALED PROCEEDING**

**Proceedings:**

- ☐ Initial Appearance
  - ☐ Supervised Release Revocation
- ☐ Arraignment
- ☐ Preliminary Examination
- ☐ Motion Hearing
  - ☐ Evidentiary Hearing
  - ☐ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
  - ☐ Bond Review
- ☐ Bond Revocation
- ☒ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Preliminary Rev.
  - ☐ Probation
  - ☐ Supervised Release
- ☐ Competency
- ☐ Pretrial/Status Conf.
- ☐ Sentencing
- ☐ Material Witness

Matter continued to later this afternoon. Interpreter and Defendant to meet with pretrial services and defendant to be released today.

- ☐ Oral Motion for appointment of counsel (GRANTED)
- ☐ Defendant is advised of rights/indicates understanding of those rights.
- ☐ Bail/Bond set in the amount of: $ _____
  - ☐ Secured Appearance Bond   ☐ Secured by 10%
  - ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond
- ☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____
- ☐ Preliminary Revocation   ☐ Preliminary Examination set for _____ Before _____
- ☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement
- Plea entered **Not Guilty**   Order on pretrial motions: ☐ issued   ☐ to issue
  - ☐ Written Motion for Extension of Time to File Pretrial Motions
  - ☐ Oral Motion for Suppression
  - ☐ Oral Motion for Determination of Arguably Suppressible Evidence by Govt
- ☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling
- ☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions
- Trial date/time _____ Before _____
- Final Supervised Release Revocation Hearing set for _____ Before _____
- ☒ Remanded to custody   ☐ Released on bond
- Next hearing date/time _____   Type of hearing _____   Before _____
- Proceeding commenced **3:41 pm**   Proceeding concluded **3:44 pm**   Continued to _____